UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HARDNEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>R. WARREN, et al.,<br><br>　　　　　Defendants. | No. 2:16-cv-0172-GEB-EFB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He has filed a motion requesting a preliminary injunction. ECF No. 24. Defendants are directed to file an opposition or a statement of non-opposition to the motion within 21 days of the date of this order.

So ordered.

DATED: January 25, 2018.

　　　　　　　　　　　　　　　　　　／s/ Edmund F. Brennan
　　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE