UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HARDNEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>R. WARREN, et al.,<br><br>　　　　Defendants. | No. 2:16-cv-0172-KJM-EFB P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 10, 2018, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.,* 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 10, 2018, are adopted in full;

2. Defendants' motion to stay (ECF No. 41) is GRANTED;

3. This case is stayed pending the resolution of plaintiff's criminal case; and

4. Defendants are directed to file a status report, within ninety days of this order, updating the court as to the status of plaintiff's criminal case.

DATED: June 25, 2018.

_____
UNITED STATES DISTRICT JUDGE