UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HARDNEY,<br><br>Plaintiff,<br><br>v.<br><br>R. WARREN, et al.,<br><br>Defendants. | No. 2:16-cv-00172-KJM-EFB P<br><br><br><br>ORDER |

On June 26, 2018, the court stayed this matter pending the outcome of a related state criminal case in Amador County, *People v. Hardney*, case no. 14-CR-22899. Order, ECF No. 50. The court directed defendants to update the court within 90 days as to the status of the criminal case. *Id.* at 2. Just ten days later, plaintiff filed a handwritten request to lift the stay, explaining his criminal case concluded on June 19, 2018, with a jury verdict against him. Req., ECF No. 52 (July 9, 2018). Defendants have seven days to file a response. If no response is received, the stay will be automatically lifted.

DATED: July 31, 2018.

_____
UNITED STATES DISTRICT JUDGE