IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN HARDNEY,** | Case No. 2:16-cv-0172-KJM-EFB (PC) |
| Plaintiff, | [~~PROPOSED~~] ORDER |
| v. | |
| **R. WARREN, et al.,** | |
| Defendants. | |

Good cause having been shown, plaintiff's motion to lift the stay in this action (ECF No. 71), which defendants do not oppose (*see* ECF No. 72), is granted. Further, defendants are granted an extension of time, to and including August 19, 2019, within which to file a responsive pleading in this case. In the event defendants respond to the complaint with an answer, the court will promptly issue a discovery and scheduling order. The Clerk of the Court shall terminate ECF Nos. 71 and 72.

Dated: June 24, 2019.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE