UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HARDNEY,<br><br>      Plaintiff,<br><br>    v.<br><br>R. WARREN, *et al.*,<br><br>      Defendants. | Case No. 2:16-cv-00172-KJM-JDP (PC)<br><br>ORDER GRANTING MOTIONS TO SET A SETTLEMENT CONFERENCE AND VACATING DEADLINE FOR FILING DISPOSITIVE MOTIONS<br><br>ECF Nos. 125, 128 |

      Plaintiff and defendants have filed separate motions that request the court set a settlement conference. ECF Nos. 125, 128. The court agrees with the parties that this case will likely benefit from a settlement conference. Accordingly, the parties' motions will be granted, and this case will be referred to Magistrate Judge Dennis M. Cota to conduct a settlement conference on May 6, 2021 at 9:30 a.m.

      The settlement conference will be conducted via Zoom videoconferencing software.[1] At least thirty days prior to the settlement conference, defense counsel shall provide Judge Cota's Courtroom Deputy the email contact information for all of the parties that will be appearing at the settlement conference.[2] All appearing parties, with the exception of plaintiff, will be notified via

---

[1] At the time of this writing, the courthouse is closed to the public. The time or location of this conference will be updated if circumstances dictate.

[2] The contact information should be submitted via email to cpine@caed.uscourts.gov.

email of the meeting information prior to the settlement conference. Plaintiff's attendance will be secured through the litigation coordinator at plaintiff's institution.

At least seven days prior to the conference, the parties shall submit to the settlement judge a confidential settlement conference statement. The parties' confidential settlement conference statements shall include the following: (a) names and locations of the parties; (b) a short statement of the facts and alleged damages; (c) a short procedural history; (d) an analysis of the risk of liability, including a discussion of the efforts made to investigate the allegations; and (e) a discussion of the efforts that have been made to settle the case. Defendants shall e-mail the settlement conference statement to Magistrate Judge Dennis M. Cota at dmcorders@caed.uscourts.gov. Plaintiff shall place his settlement conference statement in the U.S. mail addressed to United States Magistrate Judge Dennis M. Cota, Redding Federal Courthouse, 2986 Bechelli Lane, Redding, CA 96002. Plaintiff shall mail his settlement conference statement so that it is received by the court at least seven days before the settlement conference.

In accordance with the above, it is hereby ORDERED that:

1. This case is set for a settlement conference before Magistrate Judge Dennis M. Cota on May 6, 2021 at 9:30 a.m.

2. At least thirty days prior to the settlement conference, the parties shall provide Judge Cota's Courtroom Deputy the email contact information for all of the parties that will be appearing at the settlement conference.

3. At least seven days prior to the settlement conference, each party shall submit a confidential settlement conference statement, as described above, to Magistrate Judge Dennis M. Cota.

4. If a settlement is reached prior to the settlement conference, the parties shall file a Notice of Settlement in accordance with Local Rule 160.

5. The parties remain obligated to keep the court informed of their current addresses at all times during the stay and while the action is pending. Any change of address must be reported promptly to the court in a separate document captioned for this case and entitled "Notice of

Change of Address."  *See* E.D. Cal. L.R. 182(f).

      6.  The February 13, 2020 discovery and scheduling order's deadline for filing dispositive motions is vacated.  If a settlement is not reached at the settlement conference, the court will set a new deadline for filing dispositive motions.

IT IS SO ORDERED.

Dated:   March 4, 2021                                      
                                    JEREMY D. PETERSON
                                    UNITED STATES MAGISTRATE JUDGE