1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JOHN HARDNEY,                      Case No. 2:16-cv-00172-KJM-JDP (PC)

12                  Plaintiff,          ORDER SETTING A DATE FOR FILING
                                        DISPOSITIVE MOTIONS
13          v.

14   R. WARREN, *et al.*,

15                  Defendants.

16

17          The court previously set this case for a settlement conference on May 6, 2021 and vacated

18   the scheduling order's deadline for filing dispositive motions.  ECF No. 129.  The parties were

19   notified that if a settlement was not reached at the settlement conference, a new deadline for filing

20   dispositive motions would be set.  *Id*. at 3.  At the May 6 settlement conference, the parties were

21   unable to reach a settlement agreement.  ECF No. 132.

22          Accordingly, it is hereby ORDERED that all dispositive motions shall be filed by no later

23   than July 9, 2021.

24
25   IT IS SO ORDERED.

26
     Dated:   June 1, 2021                    _____
27
                                              JEREMY D. PETERSON
28                                            UNITED STATES MAGISTRATE JUDGE

                                              1