UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HARDNEY,<br><br>   Plaintiff,<br><br>   v.<br><br>R. WARREN, *et al.*,<br><br>   Defendants. | Case No.  2:16-cv-00172-KJM-JDP (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR AN ORDER REQUIRING DEFENDANTS TO PARTICIPATE IN ARBITRATION<br><br>ECF No. 136 |

On May 28, 2021, the parties participated in a court supervised settlement conference, but they were unable to reach a settlement agreement. ECF No. 132. Defendants subsequently filed a timely motion for summary judgment. ECF No. 135. Shortly thereafter, plaintiff filed a motion that requests that defendants be ordered to participate in arbitration. ECF No. 136.

Plaintiff's motion does little more than express his frustration over the parties' inability to reach a settlement agreement. Significantly, plaintiff does not claim, much less establish, that the parties have entered into an enforceable arbitration agreement. *See Lifescan Inc. v. Premier Diabetic Servs., Inc.*, 363 F.3d 1010, 1011-12 (9th Cir. 2004) (holding that contract principles govern arbitration and that "the district court's role is limited to determining whether a valid arbitration agreement exists . . . ."). Consequently, there is no basis for ordering defendants to arbitrate plaintiff's claims.

Accordingly, it is hereby ORDERED that:

1. Plaintiff's motion for an order requiring defendants to participate in arbitration, ECF No. 136, is denied.

2. Plaintiff is reminded that he must file an opposition or statement of non-opposition to defendants' motion for summary judgment by no later than July 30, 2021.

IT IS SO ORDERED.

Dated:   July 21, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2