UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HARDNEY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>R. WARREN, *et al.*,<br><br>　　　　　　Defendants. | Case No.  2:16-cv-00172-KJM-JDP (PC)<br><br><br>ORDER |

Plaintiff has filed a motion for an extension of time to file objections to the July 31, 2023 findings and recommendations. ECF No. 164. Good cause appearing, it is hereby ORDERED that:

　　　　1. Plaintiff's motion for an extension of time, ECF No. 164, is granted in part.

　　　　2. Plaintiff is granted until September 21, 2023, to file objections to the July 31, 2023 findings and recommendations.

　　　　3. Absent extraordinary circumstances, no further extensions of time will be granted.

IT IS SO ORDERED.

Dated:　August 22, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　JEREMY D. PETERSON
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE