UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HARDNEY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>R. WARREN, *et al.*,<br><br>　　　　　Defendants. | Case No.  2:16-cv-00172-DC-JDP (PC)<br><br>**ORDER**<br><br>DENYING PLAINTIFF'S MOTION FOR HIS LEGAL MATERIALS AS MOOT<br><br>ECF No. 182 |

On August 12, 2024, plaintiff filed a motion seeking to have his legal property sent to him from his prior institution, Mule Creek State Prison ("MCSP"), to his new institution, California Men's Colony ("CMC"), so that he could prepare for the October 31, 2024 settlement conference. ECF No. 182.  Through defendants' response, the Litigation Coordinator at MCSP confirmed that plaintiff's legal property was mailed to him on July 30, 2024, and CMC confirmed receipt of plaintiff's property on August 9, 2024.  ECF No. 183.  Since plaintiff signed his motion on August 6, 2024, *see* ECF No. 182 at 2, it appears that he prepared this motion before CMC received his legal property on August 9, 2024.

Accordingly, it is hereby ORDERED that plaintiff's motion for his legal property, ECF No. 182, is denied as moot.

IT IS SO ORDERED.


Dated:    October 18, 2024                                                            
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE